# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 333

| | |
|---|---|
| LESLIE MASTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| URBAN OUTFITTERS, INC., ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 11] filed by Matthew J. Gilley, counsel for Defendant Urban Outfitters, Inc.

Upon review of the motion, it appears that William R. Horwitz is a member in good standing with the New Jersey Bar and will be appearing with Matthew J. Gilley, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 11]. The Court **ADMITS** William R. Horwitz to practice *pro hac vice* before the Court while associated with local counsel.

Signed: March 26, 2018

_____
Dennis L. Howell
United States Magistrate Judge