IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00333-MR-DLH

| | |
|---|---|
| LESLIE MASTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| URBAN OUTFITTERS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On March 12, 2018, the parties submitted a Report of their Rule 26(f) conference. [Doc. 9]. In that Rule 26(f) Report, the parties advised that the Plaintiff was an opt-in plaintiff in a now decertified FLSA collective action in the Eastern District of New York, and that the parties were discussing a global settlement of all 44 individual cases in that decertified collective action. The parties further advised that that they planned to participate in a global settlement mediation on March 23, 2018. [Id.]. The day after the parties filed their Rule 26(f) Report, the Court entered a Pretrial Order and Case Management Plan in the present case, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by April 3, 2018. [Doc. 10].

To date, the parties have not filed any report regarding the outcome of the March 23, 2018 global settlement mediation, nor have they designated a mediator for the present action.

Accordingly, **IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file a report advising of the outcome of the March 23, 2018 global settlement mediation and, if such mediation did not result in a settlement of the Plaintiff's claims, identifying their selected mediator for the present action.

**IT IS SO ORDERED.**

Signed: April 11, 2018

Martin Reidinger
United States District Judge