# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 333

| | |
|---|---|
| LESLIE MASTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| URBAN OUTFITTERS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is the Joint Motion to Stay [# 18]. Upon review, the Court does not find that sufficient grounds have been stated for a stay. Accordingly, the Court **DENIES** the Motion [# 18].

Signed: August 16, 2018

Dennis L. Howell
United States Magistrate Judge